1182 BROOKS vs. HYDORN (Justice of the Peace), 76 M., 273.

To compel respondent to deliver the files records and dockets belonging to his office, as a justice of the peace of the City of Grand Rapids, to another justice, as provided by Act No. 200, Laws of 1889.

Denied July 11, 1889.

Held, that the act referred to, which assumes to reduce the number of justices in said city to two and to legislate two of such officers out of office, is unconstitutional, the title failing to indicate any such object.